JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
Destiny Tompkins

DEFENDANTS
The Gap, Inc., Banana Republic, LLC, Jill Matejunas & Michael Gennis

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
John Horowitz, Esq., Horowitz Law Group, PLLC, 61 Broadway, Suite 2125,
New York, New York 10006    (212) 920-4503

ATTORNEYS (IF KNOWN)
Stacey D. Adams, Esq. and Dylan C. Dyndial, Esq.
Littler Mendelson, PC, One Newark Center, 8th Floor, Newark, NJ 07102
(973) 848-4700

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42 U.S.C. § 1981- Employment discrimination and harassment.

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]   Judge Previously Assigned

If yes, was this case Vol.[ ]  Invol.[ ]   Dismissed. No [ ] Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No [x]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                 NATURE OF SUIT

                                                                                    ACTIONS UNDER STATUTES
                     TORTS

CONTRACT            PERSONAL INJURY       PERSONAL INJURY              FORFEITURE/PENALTY   BANKRUPTCY              OTHER STATUTES
                                          [ ] 367 HEALTHCARE/                                                       [ ] 375 FALSE CLAIMS
[ ] 110 INSURANCE       [ ] 310 AIRPLANE        PHARMACEUTICAL PERSONAL    [ ] 625 DRUG RELATED   [ ] 422 APPEAL            [ ] 376 QUI TAM
[ ] 120 MARINE          [ ] 315 AIRPLANE PRODUCT  INJURY/PRODUCT LIABILITY     SEIZURE OF PROPERTY       28 USC 158        [ ] 400 STATE
[ ] 130 MILLER ACT              LIABILITY       [ ] 365 PERSONAL INJURY            21 USC 881   [ ] 423 WITHDRAWAL             REAPPORTIONMENT
[ ] 140 NEGOTIABLE      [ ] 320 ASSAULT, LIBEL &     PRODUCT LIABILITY     [ ] 690 OTHER              28 USC 157         [ ] 410 ANTITRUST
        INSTRUMENT              SLANDER         [ ] 368 ASBESTOS PERSONAL                                                [ ] 430 BANKS & BANKING
[ ] 150 RECOVERY OF     [ ] 330 FEDERAL             INJURY PRODUCT                                                       [ ] 450 COMMERCE
        OVERPAYMENT &           EMPLOYERS'          LIABILITY              PROPERTY RIGHTS                               [ ] 460 DEPORTATION
        ENFORCEMENT             LIABILITY                                                                                [ ] 470 RACKETEER INFLU-
        OF JUDGMENT     [ ] 340 MARINE          PERSONAL PROPERTY          [ ] 820 COPYRIGHTS                                    ENCED & CORRUPT
[ ] 151 MEDICARE ACT    [ ] 345 MARINE PRODUCT                             [ ] 830 PATENT                                        ORGANIZATION ACT
[ ] 152 RECOVERY OF             LIABILITY       [ ] 370 OTHER FRAUD        [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION       (RICO)
        DEFAULTED       [ ] 350 MOTOR VEHICLE   [ ] 371 TRUTH IN LENDING                                                 [ ] 480 CONSUMER CREDIT
        STUDENT LOANS   [ ] 355 MOTOR VEHICLE                              [ ] 840 TRADEMARK   SOCIAL SECURITY           [ ] 490 CABLE/SATELLITE TV
        (EXCL VETERANS)         PRODUCT LIABILITY
[ ] 153 RECOVERY OF     [ ] 360 OTHER PERSONAL                                                  [ ] 861 HIA (1395ff)
        OVERPAYMENT             INJURY          [ ] 380 OTHER PERSONAL     LABOR                [ ] 862 BLACK LUNG (923)  [ ] 850 SECURITIES/
        OF VETERAN'S    [ ] 362 PERSONAL INJURY -     PROPERTY DAMAGE                           [ ] 863 DIWC/DIWW (405(g))        COMMODITIES/
        BENEFITS                MED MALPRACTICE [ ] 385 PROPERTY DAMAGE    [ ] 710 FAIR LABOR   [ ] 864 SSID TITLE XVI            EXCHANGE
[ ] 160 STOCKHOLDERS                                PRODUCT LIABILITY           STANDARDS ACT   [ ] 865 RSI (405(g))
        SUITS                                                              [ ] 720 LABOR/MGMT
[ ] 190 OTHER                                   PRISONER PETITIONS              RELATIONS                                [ ] 890 OTHER STATUTORY
        CONTRACT                                [ ] 463 ALIEN DETAINEE     [ ] 740 RAILWAY LABOR ACT                             ACTIONS
[ ] 195 CONTRACT                                [ ] 510 MOTIONS TO         [ ] 751 FAMILY MEDICAL  FEDERAL TAX SUITS      [ ] 891 AGRICULTURAL ACTS
        PRODUCT         ACTIONS UNDER STATUTES     VACATE SENTENCE         LEAVE ACT (FMLA)
        LIABILITY                                  28 USC 2255                                 [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196 FRANCHISE       CIVIL RIGHTS            [ ] 530 HABEAS CORPUS      [ ] 790 OTHER LABOR        Defendant)          [ ] 893 ENVIRONMENTAL
                                                [ ] 535 DEATH PENALTY          LITIGATION      [ ] 871 IRS-THIRD PARTY            MATTERS
                        [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER [ ] 791 EMPL RET INC         26 USC 7609      [ ] 895 FREEDOM OF
REAL PROPERTY                   (Non-Prisoner)                                 SECURITY ACT (ERISA)                              INFORMATION ACT
                        [ ] 441 VOTING                                                                                   [ ] 896 ARBITRATION
[ ] 210 LAND            [x] 442 EMPLOYMENT      PRISONER CIVIL RIGHTS      IMMIGRATION                                   [ ] 899 ADMINISTRATIVE
        CONDEMNATION    [ ] 443 HOUSING/                                                                                         PROCEDURE ACT/REVIEW OR
[ ] 220 FORECLOSURE             ACCOMMODATIONS  [ ] 550 CIVIL RIGHTS       [ ] 462 NATURALIZATION                                APPEAL OF AGENCY DECISION
[ ] 230 RENT LEASE &    [ ] 445 AMERICANS WITH  [ ] 555 PRISON CONDITION       APPLICATION
        EJECTMENT               DISABILITIES -  [ ] 560 CIVIL DETAINEE     [ ] 465 OTHER IMMIGRATION                     [ ] 950 CONSTITUTIONALITY OF
[ ] 240 TORTS TO LAND           EMPLOYMENT         CONDITIONS OF CONFINEMENT   ACTIONS                                           STATE STATUTES
[ ] 245 TORT PRODUCT    [ ] 446 AMERICANS WITH
        LIABILITY               DISABILITIES -OTHER
[ ] 290 ALL OTHER       [ ] 448 EDUCATION
        REAL PROPERTY


Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DEMAND $_____  OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____  DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [X] YES [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)  **ORIGIN**

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)  **BASIS OF JURISDICTION**  *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  [ ] WHITE PLAINS  [x] MANHATTAN

DATE 12/15/17
SIGNATURE OF ATTORNEY OF RECORD
RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. _____ Yr. 1998 )
Attorney Bar Code # 2959336

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)