**LITTLER MENDELSON, P.C.**
A Professional Corporation
One Newark Center, 8th Floor
Newark, NJ 07102
973.848.4700
Attorneys for Defendants
 *Gap, Inc., Banana Republic, LLC,*
 *and Jill Matejunas*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DESTINY TOMPKINS,

               Plaintiff,

vs.

THE GAP, INC., BANANA REPUBLIC, LLC, JILL MATEJUNAS & MICHAEL GENNIS,

               Defendants.

Civil Action No. 1:17-cv-09759-JMF

## CERTIFICATION OF SERVICE

    I hereby certify under penalty of perjury that on this date I caused a true and exact copy of

Defendants The Gap, Inc., Banana Republic, LLC and Jill Matejunas (collectively, "Defendants")

Answer to Plaintiff's Complaint and Affirmative Defenses to be electronically served on Plaintiff via

ECF service to John Horowitz , Horowitz Law Group, PLLC, 61 Broadway, Suite 2125, New York,

New York 10006, attorney for Plaintiff Destiny Tompkins, and via regular mail upon co-Defendant

Michael Gennis, 40 Tamarack Lane, Pamona, NY 10970.

                        *s/ Stacey D. Adams*
                         Stacey D. Adams

Dated: December 20, 2017

Firmwide:151905051.1 053638.1090