USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2018

**LITTLER MENDELSON, P.C.**
A Professional Corporation
One Newark Center, 8th Floor
Newark, NJ 07102
973.848.4700
Attorneys for Defendants
*The Gap, Inc., Banana Republic, LLC,
and Jill Matejunas*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESTINY TOMPKINS, <br><br> Plaintiff, <br><br> vs. <br><br> THE GAP, INC., BANANA REPUBLIC, LLC, JILL MATEJUNAS & MICHAEL GENNIS, <br><br> Defendants. | Civil Action No. 1:17-cv-09759-JMF <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** <br><br> **Electronically Filed** |

**WHEREAS**, Plaintiff Destiny Tompkins ("Plaintiff") and Defendants The Gap, Inc., Banana Republic, LLC and Jill Matejunas (collectively, "Defendants") have entered into a Settlement Agreement and General Release which includes a release of all of Plaintiff's claims against all Defendants, including Defendant Michael Gennis, in the above-captioned matter;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties and **SO ORDERED** by the Court that the Complaint is herein withdrawn and dismissed *with prejudice* as to all Defendants, without costs to either Party, except that the Court shall retain jurisdiction of the matter for the purpose of enforcing the provisions of the Settlement Agreement and Release executed by the Parties.

| | |
|---|---|
| **HOROWITZ LAW GROUP, PLLC**<br>*Counsel for Plaintiff* | **LITTLER MENDELSON, P.C**<br>*Counsel for Defendants The Gap, Inc., Banana Republic, LLC and Jill Matejunas* |
| By: _____<br>Lawrence Beckenstein, Esq.<br>Dated: February 5, 2018 | By: _____<br>Stacey D. Adams, Esq.<br>Dated: Feb. 5, 2018 |

**THE LAW OFFICES OF BARRY D. HABERMAN**
*Counsel for Michael Gennis*

By: _____
Zachary A. King, Esq.
Dated: February 5, 2018

**IT IS SO ORDERED.**

_____
Hon. Jesse M. Furman, U.S.D.J.

Dated: February 6, 2018

Firmwide:152734812.1 053638.1090

The Clerk of Court is directed to close this case. All conferences are cancelled.

Per Paragraph 4.B of the Court's Individual Rules and Practices for Civil Cases, the Court will not retain jurisdiction to enforce a settlement unless the parties make the settlement agreement part of the public record. In light of that, the Court does NOT retain jurisdiction pursuant to the second paragraph above unless, within one week of this Order, the parties publicly file the Stipulation of Settlement on ECF.